DOMINIC P. GENTILE, ESQ.
Nevada State Bar No. 1923
DOMINIC P. GENTILE, LTD.
3960 Howard Hughes Parkway, Suite 850
Las Vegas, NV  89169
(702) 386-0066

Attorney for Defendant
ROBERT STRUSZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT STRUSZ,<br><br>　　　　　Defendant. | Case No.: 03-cr-0334 MCE<br><br>**ORDER FOR EARLY TERMINATION OF PROBATION** |

　　Upon application of Defendant for early termination of probation, Defendant Robert Strusz having paid the full amount of restitution in the amount of $25,000.00, and that Defendant has complied with all the conditions of his probation, there being no objection thereto by the Officer Poglinco, of the United States Department of Parole and Probation or Linda Ferris, Deputy Chief of the White Collar Unit of the United States Attorney's Office for the Eastern District of California, Sacramento Office, and good cause appearing therefore,

　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant, ROBERT STRUSZ, is hereby terminated early from probation.

　　**DATED** this 28th day of September, 2006.

_____
MORRISON C. ENGLAND, JR.